**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 96.232.99.21,<br><br>                     Defendant. | Civil Action No. 2:18-cv-07325-SJF-SIL |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 96.232.99.21. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 21, 2019                Respectfully submitted,

By:    /s/ *Jacqueline M. James*
            Jacqueline M. James, Esq. (#1845)
            The James Law Firm, PLLC
            445 Hamilton Avenue, Suite 1102
            White Plains, New York 10601
            T: 914-358-6423
            F: 914-358-6424
            E-mail: jjames@jacquelinejameslaw.com
            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.